UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSE MALDONADO-MALDONADO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 22-40040-KAR |
| | * | |
| v. | * | |
| | * | |
| | * | |
| F.M.C. DEVENS, | * | |
| | * | |
| Defendant. | * | |

ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION

December 19, 2022

ROBERTSON, U.S.M.J.

Because the parties have not yet consented to proceed before a Magistrate Judge, the Court will order that this action be REASSIGNED to a District Judge for further proceedings and makes RECOMMENDATIONS to the District Judge to whom the case is assigned, as follows.

I. BACKGROUND

On April 7, 2022, Plaintiff Jose Maldonado-Maldonado ("Maldonado"), a federal prisoner in custody at FMC Devens, filed his self-prepared complaint. (Dkt. No. 1, Compl.). With the complaint, Maldonado filed an Application to Proceed Without Prepayment of Fees and Affidavit. (Dkt. No. 2). This action was randomly assigned to the undersigned Magistrate Judge pursuant to the District Court's Program for Random Assignment of Civil Cases to Magistrate Judges. (Dkt. No. 3).

By Memorandum and Order dated August 1, 2022, Maldonado was advised that his complaint was subject to dismissal without prejudice and was granted additional time to file an amended complaint accompanied either by payment of the filing fee or a renewed motion for leave to proceed *in forma*

*pauperis* with a copy of his prison account statement. (Dkt. No. 4). A copy of the Memorandum and Order was sent to the Warden and Consolidated Legal Center with a request for a status report. *Id.* Also, a copy was sent to the Treasurer to facilitate any request by Maldonado for a copy of his prison account statement. *Id.*

Since that time, nothing has been filed other than a copy of Maldonado's prison account statement. (Dkt. No. 5). It appears that Maldonado's account statement was filed by the Treasurer's Office. *Id.* at p. 13 (mailing envelope). To date, Maldonado has not filed an amended complaint nor sought an extension of time to do so.

II. DISCUSSION

Here, the time for responding to the Court's August 1, 2022 Memorandum and Order has long since expired. "A district court, as part of its inherent power to manage its own docket, may dismiss a case sua sponte for any of the reasons prescribed in Fed. R. Civ. P. 41(b)." *Cintron-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002). "Lack of diligent prosecution is such a reason." *Id.*

III. ORDER AND RECOMMENDATION

For the reasons set forth above, it is hereby Ordered that:

1. This action shall be REASSIGNED to a District Judge.

2. This court recommends to the District Judge to whom this case is reassigned that this

action be dismissed without prejudice for failure to prosecute.[1]

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge

DATED: December 19, 2022

---

[1] The parties are advised that under the provisions of Fed. R. Civ. P. 72(b) or Fed. R. Crim. P. 59(b), any party who objects to these findings and recommendations must file a written objection with the Clerk of this Court within fourteen (14) days of service of this Report and Recommendation. The written objection must specifically identify the portion of the proposed findings or recommendations to which objection is made and the basis for such objection. The parties are further advised that failure to comply with this rule shall preclude further appellate review by the Court of Appeals of the District Court order entered pursuant to this Report and Recommendation. *See Keating v. Sec'y of Health & Human Servs.*, 848 F.2d 271, 275 (1st Cir.1988); *United States v. Valencia–Copete*, 792 F.2d 4, 6 (1st Cir.1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir.1983); *United States v. Vega*, 678 F.2d 376, 378–79 (1st Cir.1982); *Park Motor Mart, Inc. v. Ford Motor Co.,* 616 F.2d 603, 604 (1st Cir.1980). *See also Thomas v. Arn*, 474 U.S. 140, 154–55 (1985). A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.