UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Jose Maldonado-Maldonado        )
            Plaintiff,          )
                                )  Civil Action
      v.                        )  No. 22-40040-MGM
                                )
                                )
F.M.C. Devens                   )
            Defendant,          )
```

ORDER OF DISMISSAL

January 19, 2023

MASTROIANNI, U.S.D.J.

Pursuant to the court's electronic order of January 19, 2023 it is hereby ordered that this case be closed.

It is so ordered.

/s/ Mark G. Mastroianni
U.S. District Court Judge